IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC R. BROWN,<br><br>        Plaintiff,<br><br>vs.<br><br>I. LEYVA, et al.,<br><br>        Defendants. | No. 1:07-CV-1406-CKJ<br><br>**ORDER** |

Counsel for Defendants has submitted a Notice of Settlement.

Accordingly, IT IS ORDERED:

1. The deadline for the filing of the Joint Proposed Pretrial Order is VACATED.

2. Plaintiff and/or counsel shall submit a motion or stipulation for dismissal within sixty (60) days of this Order. Alternatively, Plaintiff and/or counsel shall submit a status report to the Court within sixty (60) days of this Order.

DATED this 14th day of April, 2010.

_____
Cindy K. Jorgenson
United States District Judge