IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC R. BROWN,<br><br>        Plaintiff,<br><br>vs.<br><br>I. LEYVA, et al.,<br><br>        Defendants. | No. 1:07-CV-1406-CKJ<br><br>**ORDER** |

The Court has reviewed and considered the Defendant's Status Report. The Court finds it appropriate to refer this matter for a settlement conference.

Accordingly, IT IS ORDERED:

1. This matter is referred to Magistrate Judge Gary S. Austin for settlement conference.

2. Counsel shall notify the Court in writing within ten (10) ten days of the completion of settlement proceedings. Alternatively, if the settlement proceedings have not been completed on or before September 1, 2010, counsel for Defendants shall file a status report on or before September 1, 2010.

DATED this 8th day of June, 2010.

_____
Cindy K. Jorgenson
United States District Judge