IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC R. BROWN,<br><br>        Plaintiff,<br><br>vs.<br><br>I. LEYVA, et al.,<br><br>        Defendants. | No. 1:07-CV-1406-CKJ<br><br>**ORDER** |

The Court has reviewed and considered the Defendant's Status Report.[1]

Accordingly, IT IS ORDERED Counsel for Defendant shall submit a motion or stipulation for dismissal within sixty (60) days of this Order. Alternatively, counsel shall submit a status report to the Court within sixty (60) days of this Order.

DATED this 2nd day of August, 2010.

_Cindy K. Jorgenson_
Cindy K. Jorgenson
United States District Judge

---

[1] The Court notes that the Settlement Conference scheduled before the Hon. Gary S. Austin has been vacated.