IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC R. BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>I. LEYVA, et al.,<br><br>    Defendants. | No. 1:07-CV-1406-CKJ<br><br>**ORDER** |

The Court has reviewed and considered the Defendant's August 31, 2010, Status Report. The Court finds it appropriate to extend the time in which a motion or stipulation for dismissal is to be filed.

Accordingly, IT IS ORDERED counsel for Defendant shall submit a motion or stipulation for dismissal on or before November 1, 2010. Alternatively, counsel shall submit a status report to the Court on or before November 1, 2010.

DATED this 21st day of September, 2010.

_____
Cindy K. Jorgenson
United States District Judge