IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC R. BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>I. LEYVA, et al.,<br><br>    Defendants. | No. 1:07-CV-1406-CKJ<br><br>**ORDER** |

    The Court has reviewed and considered Defendants' October 29, 2010, Status Report. The Court finds it appropriate to extend the time in which a motion or stipulation for dismissal is to be filed.

    Accordingly, IT IS ORDERED counsel for Defendants shall submit a motion or stipulation for dismissal on or before January 3, 2011. Alternatively, counsel shall submit a status report to the Court on or before January 3, 2011.

    DATED this 5th day of November, 2010.

                                                     */s/ Cindy K. Jorgenson*<br>                                                     Cindy K. Jorgenson<br>                                                     United States District Judge