IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC R. BROWN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>I. LEYVA, et al.,<br><br>　　　　Defendants. | No. 1:07-CV-1406-CKJ<br><br>**ORDER** |

Pursuant to the stipulation of the parties and for good cause appearing,

IT IS HEREBY ORDERED:

1. Cause No. 1:07-CV-1406-CKJ is DISMISSED WITH PREJUDICE.
2. The parties are to bear their own costs and fees.
3. The Clerk of the Court shall close its file in this matter.

DATED this 17th day of December, 2010.

_____
Cindy K. Jorgenson
United States District Judge